IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CV-00252-FL

| | |
|---|---|
| MAMIE HANSLEY, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| LOUIS DEJOY, in his official capacity as Postmaster General, U.S. Postal Service, Agency, | ) |
| Defendant. | ) |

For good cause being shown upon the Defendant's Motion to Exempt this Case from Mediation, and Eliminate the Requirement to Select a Mediator within 21 Days,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. This case is exempted from mediation, and the requirement to select a mediator within 21 days of the Court's Scheduling Order is eliminated. Except as set forth in this Order, the Court's Scheduling Order of October 26, 2021, (D.E. 24), remains in effect.

SO ORDERED, this 17th day of November, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge