UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MAMIE HANSLEY ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 7:20-cv-252-FL |
| LOUIS DEJOY, in his official capacity as ) | |
| Postmaster General, US Postal Service, ) | |
| Agency ) | |
|       Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 16, 2023, and for the reasons set forth more specifically therein, defendant's motion for judgment on the pleadings is GRANTED. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on March 16, 2023, and Copies To:**
Moses Vincent Brown / James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
John Newby / Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)

March 16, 2023                  PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk